# EXHIBIT A





### SUFFOLK COUNTY CLERK
### RECORDS OFFICE
### RECORDING PAGE

| | |
|---|---|
| Type of Instrument: FEDERAL TAX LIEN - IRS PAYMENT | Filed: 08/17/2022 |
| Number of Pages: 0 | At: 10:03:43 AM |
| Receipt Number : 22-0131994 | Lien Num: LFED00034065 |
| Tax Map # : | |

**EXAMINED AND CHARGED AS FOLLOWS**

Lien Fee    :        $40.00

Received the Following Fees For Above Instrument

                          Exempt        NO
                          Fees Paid            $40.00

**THIS PAGE IS A PART OF THE INSTRUMENT**
**THIS IS NOT A BILL**

                    JUDITH A. PASCALE
              County Clerk, Suffolk County

| **Form 668(Y)** (Rev. February 2004) | **Department of the Treasury - Internal Revenue Service** **Notice of Federal Tax Lien** |
|---|---|

| Area: SB/SE #1 | Serial Number 457027122 | For Optional Use by Recording Office |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE 8/17/2022
SEQ # LFED00034065

**Name of Taxpayer**
ABERDEEN ENTERPRISES HOLDINGS BVI LTD
as Nominee of LOUISE T BLOUIN

**Residence**
366 376 GIN LN
SOUTHAMPTON, NY 11968

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 12/31/2010 | XXX | 10/01/2018 | 10/31/2028 | $5,245.33 |
| 6672 | 3/31/2011 | XXX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 3/31/2011 | XXX | 10/01/2018 | 10/31/2028 | $671,979.28 |
| 6672 | 6/30/2011 | XXX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 6/30/2011 | XXX | 10/01/2018 | 10/31/2028 | $168,581.66 |
| 6672 | 9/30/2011 | XXX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 9/30/2011 | XXX | 10/01/2018 | 10/31/2028 | $168,581.66 |
| 6672 | 12/31/2011 | XXX | 09/27/2018 | 10/27/2028 | $160,516.56 |
| 6672 | 3/31/2012 | XXX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 3/31/2012 | XXX | 10/01/2018 | 10/31/2028 | $123,259.60 |

The lien(s) identified on this special condition Notice of Federal Tax Lien attaches/attach to the following property: See attachment.

| Place of Filing SUFFOLK COUNTY CLERK SUFFOLK COUNTY RIVERHEAD, NY 11901 | Total | $1,298,164.09 |
|---|---|---|

This notice was prepared and signed at MANHATTAN, NY on this,

the 3rd day of August , 2022 .

| Signature S. GOULD, *Deirdre Roper for* Employee # 2103-4341 | Title REVENUE OFFICER Phone # (347)213-7424 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office          Form **668(Y)(c)** (Rev. 2-2004) CAT. NO 60025X

# Part 1 – Recording Copy

**Exhibit A**

This exhibit is an attachment to the Notice of Federal Tax Lien, dated 8/3/2022, numbered 457027122, for ABERDEEN ENTERPRISES HOLDINGS BVI LTD, as Nominee of LOUISE T BLOUIN.

Description of Property:

All that certain plot, piece, or parcel of land situate, lying, and being in the Incorporated Village of Southampton, Town of Southampton, County of Suffolk, and State of New York more particularly bound and described as follows:
Beginning at a point which point is distant the following three courses and distances from the point of the intersection of the southerly line of Gin Lane and the westerly line of Wyandanch Lane:
(1)    South 73 degrees 21 minutes 10 seconds West, 65.95 feet;
(2)    South 20 degrees 05 minutes 50 seconds East, 226.69 feet; and
(3)    South 58 degrees 56 minutes- 50 seconds West, 66.64 feet to the point or place of beginning





## SUFFOLK COUNTY CLERK
### RECORDS OFFICE
### RECORDING PAGE

Type of Instrument: FEDERAL TAX LIEN - IRS PAYMENT    Filed:    08/17/2022
Number of Pages: 0                                  At:       10:03:43 AM
Receipt Number : 22-0131994                Lien Num:   LFED00034063
Tax Map #      :

EXAMINED AND CHARGED AS FOLLOWS

Lien Fee      :             $40.00

Received the Following Fees For Above Instrument

                                      Exempt      NO
                                      Fees Paid          $40.00

THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

JUDITH A. PASCALE
County Clerk, Suffolk County

| Form 668(Y) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|

| Area: SBSE #1 | Serial Number 457027622 | For Optional Use by Recording Office |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
ABERDEEN ENTERPRISES HOLDINGS BVI LTD
as Nominee of LOUISE T BLOUIN

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE 8/17/2022
SEQ # LFED00034063

**Residence**
366 376 GIN LN
SOUTHAMPTON, NY 11968

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Ident | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 6/30/2012 | XX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 6/30/2012 | XX | 10/01/2018 | 10/31/2028 | $20,284.40 |
| 6672 | 9/30/2012 | XX | 10/01/2018 | 10/31/2028 | $8,988.88 |
| 6672 | 12/31/2012 | XX | 10/01/2018 | 10/31/2028 | $8,988.88 |
| 6672 | 6/30/2013 | XX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 6/30/2013 | XX | 10/01/2018 | 10/31/2028 | $553,228.69 |
| 6672 | 9/30/2013 | XX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 9/30/2013 | XX | 10/01/2018 | 10/31/2028 | $553,228.69 |
| 6672 | 12/31/2013 | XX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6677 | 12/31/2013 | XX | 10/01/2018 | 10/31/2028 | $553,228.69 |

The lien(s) identified on this special condition Notice of Federal Tax Lien attaches/attach to the following property: See attachment.

| Place of Filing SUFFOLK COUNTY CLERK SUFFOLK COUNTY RIVERHEAD, NY 11901 | Total | $1,697,948.23 |
|---|---|---|

This notice was prepared and signed at MANHATTAN, NY on this,

the 3rd day of August , 2022 .

| Signature S. GOULD, *Deirdre Roper for* Employee # 2103-4341 | Title REVENUE OFFICER Phone # (347)213-7424 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office                    Form 668(Y)(c) (Rev. 2-2004) CAT. NO 60025X

# Part 1 – Recording Copy

**Exhibit A**

This exhibit is an attachment to the Notice of Federal Tax Lien, dated  8/3/2022, numbered  457027622, for ABERDEEN ENTERPRISES HOLDINGS BVI LTD, as Nominee of LOUISE T BLOUIN.

Description of Property:

All that certain plot, piece, or parcel of land situate, lying, and being in the Incorporated Village of Southampton, Town of Southampton, County of Suffolk, and State of New York more particularly bound and described as follows:

Beginning at a point which point is distant the following three courses and distances from the point of the intersection of the southerly line of Gin Lane and the westerly line of Wyandanch Lane:

(1)     South 73 degrees 21 minutes 10 seconds West, 65.95 feet;
(2)     South 20 degrees 05 minutes 50 seconds East, 226.69 feet; and
(3)     South 58 degrees 56 minutes- 50 seconds West, 66.64 feet to the point or place of beginning





## SUFFOLK COUNTY CLERK
### RECORDS OFFICE
### RECORDING PAGE

Type of Instrument: FEDERAL TAX LIEN - IRS PAYMENT    Filed:    08/17/2022
Number of Pages: 0                                     At:       10:03:43 AM
Receipt Number : 22-0131994                            Lien Num: LFED00034061
Tax Map #       :

EXAMINED AND CHARGED AS FOLLOWS

Lien Fee       :                $40.00

Received the Following Fees For Above Instrument

                                    Exempt      NO
                                    Fees Paid              $40.00


THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

JUDITH A. PASCALE
County Clerk, Suffolk County

| **Form 668(Y)**<br>(Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|

| Area:<br>SB/SE #1 | Serial Number<br>457027922 | For Optional Use by Recording Office |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FILED
JUDITH A. PASCALE
CLERK OF
SUFFOLK COUNTY
DATE 8/17/2022
SEQ # LFED00034061

Name of Taxpayer
ABERDEEN ENTERPRISES HOLDINGS BVI LTD
as Nominee of LOUISE T BLOUIN

Residence
366 376 GIN LN
SOUTHAMPTON, NY 11968

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 3/31/2014 | X | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 3/31/2014 | X | 10/01/2018 | 10/31/2028 | $379,946.90 |
| 6672 | 6/31/2014 | X | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 6/31/2014 | X | 10/01/2018 | 10/31/2028 | $379,946.90 |
| 6672 | 9/30/2014 | X | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 9/30/2014 | X | 10/04/2018 | 11/03/2028 | $379,944.33 |
| 6672 | 12/31/2014 | X | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 12/31/2014 | X | 10/01/2018 | 10/31/2028 | $379,946.90 |
| 6672 | 3/31/2015 | X | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 3/31/2015 | X | 10/01/2018 | 10/31/2028 | $325,029.68 |

The lien(s) identified on this special condition Notice of Federal Tax Lien attaches/attach to the following property: See attachment.

| Place of Filing<br>SUFFOLK COUNTY CLERK<br>SUFFOLK COUNTY<br>RIVERHEAD, NY 11901 | Total | $1,844,814.71 |
|---|---|---|

This notice was prepared and signed at MANHATTAN, NEW YORK on this,

the 3rd day of August, 2022.

| Signature<br>S. GOULD,   *Deirdre Roper for* | Title<br>REVENUE OFFICER<br>Phone # (347)213-7424 |
|---|---|
| Employee # 2103-4341 | |

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office                Form **668(Y)(c)** (Rev. 2-2004) CAT. NO 60025X

# Part 1 – Recording Copy

**Exhibit A**

This exhibit is an attachment to the Notice of Federal Tax Lien, dated  8/3/2022, numbered  457027922, for ABERDEEN ENTERPRISES HOLDINGS BVI LTD, AS NOMINEE OF, as Nominee of LOUISE T BLOUIN.

Description of Property:

All that certain plot, piece, or parcel of land situate, lying, and being in the Incorporated Village of Southampton, Town of Southampton, County of Suffolk, and State of New York more particularly bound and described as follows:

Beginning at a point which point is distant the following three courses and distances from the point of the intersection of the southerly line of Gin Lane and the westerly line of Wyandanch Lane:

(1)    South 73 degrees 21 minutes 10 seconds West, 65.95 feet;
(2)    South 20 degrees 05 minutes 50 seconds East, 226.69 feet; and
(3)    South 58 degrees 56 minutes- 50 seconds West, 66.64 feet to the point or place of beginning





## SUFFOLK COUNTY CLERK
## RECORDS OFFICE
## RECORDING PAGE

Type of Instrument: FEDERAL TAX LIEN - IRS PAYMENT     Filed:      08/17/2022
Number of Pages: 0                                     At:         10:03:43 AM
Receipt Number : 22-0131994                            Lien Num:   LFED00034059
Tax Map #       :

                          EXAMINED AND CHARGED AS FOLLOWS

Lien Fee      :                    $40.00

Received the Following Fees For Above Instrument

                                        Exempt ·       NO
                                        Fees Paid              $40.00


                  THIS PAGE IS A PART OF THE INSTRUMENT
                        THIS IS NOT A BILL

                          JUDITH A. PASCALE
                       County Clerk, Suffolk County

| **Form 668(Y)**<br>(Rev. February 2004) | **Department of the Treasury - Internal Revenue Service**<br>**Notice of Federal Tax Lien** | |
|---|---|---|
| Area:<br>  SB/SE #1 | Serial Number<br>  457047422 | *For Optional Use by Recording Office* |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
ABERDEEN ENTERPRISES HOLDINGS BVI LTD
as Nominee of LOUISE T BLOUIN

```
          FILED
    JUDITH A. PASCALE
        CLERK OF
     SUFFOLK COUNTY
     DATE  8/17/2022
    SEQ # LFED00034059
```

**Residence**
366 376 GIN LN
SOUTHAMPTON, NY 11968

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 6672 | 6/30/2015 | XXX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 6/30/2015 | XXX | 10/01/2018 | 10/31/2028 | $325,029.68 |
| 6672 | 9/30/2015 | XXX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 9/30/2015 | XXX | 10/01/2018 | 10/31/2028 | $55,471.34 |
| 6672 | 12/31/2015 | XXX | 10/01/2018 | 10/31/2028 | $7,308.22 |
| 6672 | 3/31/2016 | XXX | 10/01/2018 | 10/31/2028 | $5,598.52 |
| 6672 | 6/30/2016 | XXX | 10/01/2018 | 10/31/2028 | $5,598.52 |
| 6672 | 9/30/2016 | XXX | 10/01/2018 | 10/31/2028 | $5,598.52 |
| 6672 | 12/31/2016 | XXX | 10/01/2018 | 10/31/2028 | $5,598.52 |
| 6672 | 6/30/2017 | XXX | 09/27/2018 | 10/27/2028 | $0.00 |
| 6672 | 6/30/2017 | XXX | 10/01/2018 | 10/31/2028 | $19,787.40 |

The lien(s) identified on this special condition Notice of Federal Tax Lien attaches/attach to the following property: See attachment.

| **Place of Filing**<br>SUFFOLK COUNTY CLERK<br>SUFFOLK COUNTY<br>RIVERHEAD, NY 11901 | Total | $429,990.72 |
|---|---|---|

This notice was prepared and signed at MANHATTAN, NEW YORK on this,

the **3rd** day of **August** , 2022 .

| Signature<br>S. GOULD,  *Deirdre Roper for*<br>Employee #  2103-4341 | Title<br>REVENUE OFFICER<br>Phone #  (347)213-7424 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office          Form **668(Y)(c)** (Rev. 2-2004) CAT. NO 60025X

# Part 1 – Recording Copy

**Exhibit A**

This exhibit is an attachment to the Notice of Federal Tax Lien, dated  8/3/2022, numbered  457047422, for ABERDEEN ENTERPRISES HOLDINGS BVI LTD, AS NOMINEE OF, as Nominee of LOUISE T BLOUIN.

Description of Property:

All that certain plot, piece, or parcel of land situate, lying, and being in the Incorporated Village of Southampton, Town of Southampton, County of Suffolk, and State of New York more particularly bound and described as follows:
Beginning at a point which point is distant the following three courses and distances from the point of the intersection of the southerly line of Gin Lane and the westerly line of Wyandanch Lane:
(1)    South 73 degrees 21 minutes 10 seconds West, 65.95 feet;
(2)    South 20 degrees 05 minutes 50 seconds East, 226.69 feet; and
(3)    South 58 degrees 56 minutes- 50 seconds West, 66.64 feet to the point or place of beginning