# EXHIBIT B



NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

*FIRM and AFFILIATE OFFICES*

THOMAS W. OSTRANDER
DIRECT DIAL: +1 215 979 1802
PERSONAL FAX: +1 215 689 3639
*E-MAIL:* Ostrander@duanemorris.com

*www.duanemorris.com*

October 27, 2022

**VIA FACSIMILE 855-877-5702**

Mr. Spencer Gould
Revenue Officer
Internal Revenue Service
290 Broadway, 14th Floor, COLL GR-43
New York, NY  10007

> **Re:  Louise T.  Blouin**

Dear Mr. Gould:

I am following up on my letter to you of August 5, 2021 a copy of which is enclosed.

By facsimiles dated July 30, 2022 you provided me copies of 'Trust Recovery Documents mailed to M. Blouin" explaining the assessment of Louise Blouin Media Inc. and Art Now, Inc.  Exhibit A.  The IRS Letters 1153 (DO) (Rev. 3-2002) you provided are undated and have no indication on their face as to how they were mailed (regular mail, certified mail, etc.) or whether they were delivered to Ms. Blouin in some other manner. Further, the material you provided has no explanation of the assessment of the trust fund recovery penalty against Ms. Blouin other than the boilerplate language of the form Letter 1153.

In response to your July 30, 2022 facsimile I wrote you on August 5, 2021.  Exhibit B.  In that letter I asked you to provide me with

DuaneMorris

Mr. Spencer Gould
October 27, 2022
Page 2

information regarding the mailing/delivery of the Letter 1153 and with the reason why the trust fund recovery penalty was asserted against my client.

To date I have received no response to my letter dated August 5, 2021. Kindly provide me the following:

1. a copy of the original Letter 1153.

2. a copy of any certified mail return receipt for the Letter 1153.

3. if there is no return receipt, provide whatever evidence you have that the letter was in fact delivered to Ms. Blouin.

4. the reason why the trust fund recovery penalty was assessed against Ms. Blouin with respect to Louise Blouin Media, Inc. and Art Now Inc.

Thank you in advance for you cooperation.

Sincerely,

/s/ Thomas W. Ostrander

TWO/cpw
attachments

# EXHIBIT A

**INTERNAL REVENUE SERVICE** 

# FAX TRANSMISSION
## Cover Sheet

Date: _July 30, 2021_

## To: **Thomas Ostrander**

Address/Organization: _____

Fax Number: _(215) 689-3639_       Office Number: _____

## From: **Gould Spencer**

Address/Organization: _____

Fax Number: _(855) 877-5702_       Office Number: _____

Number of pages: [ 15 ]    *Including cover page*

**Subject:** Louise Blouin Media

Mr Ostrander,

The attached are copies of the Trust Fund Recovery documents mailed to Ms. Blouin explaining the assessment for Louise Blouin Media Inc.

S. Gould
Revenue Officer
Manhattan Area Office NY

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 6 of 33 PageID #: 28

**Internal Revenue Service**

**Department of the Treasury**

**Date:**

**Number of this Letter:**
1153

**Person to Contact:**
S. Gould

LOUISE T BLOUIN
366376 GIN LN
S HAMPTON, NY 11968-0000-000

**Employee Number:**
1000281200

**IRS Contact Address:**
INTERNAL REVENUE SERVICE
290 BROADWAY 14TH FLOOR COLL GR-43
NEW YORK, NY 10007

**IRS Telephone Number:**
(347) 213-7424 Ext

**Employer Identification Number:**
xx-xxx0593

**Business Name and Address:**
LOUISE BLOUIN MEDIA INC
77 WATER ST
NEW YORK, NY 10005-4401-997

Dear MS LOUISE T BLOUIN,

Our efforts to collect the federal employment or excise taxes due from the business named above have not resulted in full payment of the liability. We therefore propose to assess a penalty against you as a person required to collect, account for, and pay over withheld taxes for the above business.

Under the provisions of Internal Revenue Code section 6672, individuals who were required to collect, account for, and pay over these taxes for the business may be personally liable for a penalty if the business doesn't pay the taxes. These taxes, described in the enclosed Form 2751, consist of employment taxes you withheld (or should have withheld) from the employees' wages (and didn't pay) or excise taxes you collected (or should have collected) from patrons (and didn't pay), and are commonly referred to as "trust fund taxes."

The penalty we propose to assess against you is a personal liability called the Trust Fund Recovery Penalty. It is equal to the unpaid trust fund taxes which the business still owes the government. If you agree with this penalty for each tax period shown, please sign Part 1 of the enclosed Form 2751 and return it to us in the enclosed envelope.

If you don't agree, have additional information to support your case, and wish to try to resolve the matter informally, contact the person named at the top of this letter within ten days from the date of this letter.

You also have the right to appeal or protest this action. To preserve your appeal rights you need to mail us your written appeal within 60 days from the date of this letter (75 days if this letter is addressed to you outside the United States). The instructions below explain how to make the request.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 7 of 33 PageID #: 29

## APPEALS

You may appeal your case to the local Appeals Office. Send your written appeal to the attention of the Person to Contact at the address shown at the top of this letter. The dollar amount of the proposed liability for each specific tax period you are protesting affects the form your appeal should take.

| For each period you are protesting, if the proposed penalty amount is: | You should: |
|---|---|
| $25,000 or less | Send a letter listing the issues you disagree with and explain why you disagree. (Small Case Request). |
| More than $25,000 | Submit a formal Written Protest. |

One protest will suffice for all the periods listed on the enclosed Form 2751, however if any one of those periods is more than $25,000, a formal protest must be filed. Include any additional information that you want the Settlement Officer/Appeals Officer to consider. You may still appeal without additional information, but including it at this stage will help us to process your request promptly.

**A SMALL CASE REQUEST** should include:

1. A copy of this letter, or your name, address, social security number, and any information that will help us locate your file;

2. A statement that you want an Appeal's conference;

3. A list of the issues you disagree with and an explanation of why you disagree. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and or/ any computation errors that you believe we made.

Please submit two copies of your Small Case Request.

A formal **WRITTEN PROTEST** should include the items below. Pay particular attention to item 6 and the note that follows it.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

1.  Your name, address, and social security number;

2   A statement that you want a conference;

3.  A copy of this letter, or the date and number of this letter;

4.  The tax periods involved (see Form 2751);

5.  A list of the findings you disagree with;

6.  A statement of fact, signed under penalties of perjury, that explains why you disagree and why you believe you shouldn't be charged with the penalty. Include specific dates, names, amounts, and locations which support your position. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and/or any computation errors you believe we made;

    **NOTE:**

    To declare that the statement in item 6 is true under penalties of perjury, you must add the following to your statement and sign it:

    "Under penalties of perjury, I declare that I have examined the facts presented in this statement and any accompanying information, and, to the best of my knowledge and belief, they are true, correct, and complete."

7.  If you rely on a law or other authority to support your arguments, explain what it is and how it applies.

**REPRESENTATION**

You may represent yourself at your conference or have someone who is qualified to practice before the Internal Revenue Service represent you. This may be your attorney, a certified public accountant, or another individual enrolled to practice before the IRS. If your representative attends a conference without you, he or she must file a power of attorney or tax information authorization before receiving or inspecting confidential tax information. Form 2848, Power of Attorney and Declaration of Representative, or Form 8821, Tax Information Authorization, may be used for this purpose. Both forms are available from any IRS office. A properly written power of attorney or authorization is acceptable.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

If your representative prepares and signs the protest for you, he or she must substitute a declaration stating:

> 1. That he or she submitted the protest and accompanying documents, and

> 2. Whether he or she knows personally that the facts stated in the protest and accompanying documents are true and correct.

## CLAIMS FOR REFUND AND CONSIDERATION BY THE COURTS

### CONSIDERATION BY THE COURTS

If you and the IRS still disagree after your conference, we will send you a bill. However, by following the procedures outlined below, you may take your case to the United States Court of Federal Claims or to your United States District Court. These courts have no connection with the IRS.

Before you can file a claim with these courts, you must pay a portion of the tax liability and file a claim for refund with the IRS, as described below.

### SPECIAL BOND TO DELAY IRS COLLECTION ACTIONS FOR ANY PERIOD AS SOON AS A CLAIM FOR REFUND IS FILED

To request a delay in collection of the penalty by the IRS for any period as soon as you file a claim for refund for that period, you must do the following within 30 days of the date of the official notice of assessment and demand (the first bill) for that period:

> 1. Pay the tax for one employee for each period (quarter) of liability that you wish to contest, if we've based the amount of the penalty on unpaid employment taxes; or pay the tax for one transaction for each period that you wish to contest, if we've based the amount of the penalty on unpaid excise tax.

> 2. File a claim for a refund of the amount(s) you paid using Form(s) 843, Claim for Refund and Request for Abatement.

> 3. Post a bond with the IRS for one and one half times the amount of the penalty that is left after you have made the payment in Item 1.

If the IRS denies your claim when you have posted this bond, you then have 30 days to file suit in your United States District Court or the United States Court of Federal Claims before the IRS may apply the bond to your trust fund recovery penalty and the interest accruing on this debt.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

**CLAIM FOR REFUND WITH NO SPECIAL BOND**

If you do not file a special bond with a prompt claim for refund, as described above, you may still file a claim for refund following above action items 1 and 2, except these action items do not have to be taken in the first 30 days after the date of the official notice of assessment and demand for the period.

If IRS has not acted on your claim within 6 months from the date you filed it, you can file a suit for refund. You can also file a suit for refund within 2 years after IRS has disallowed your claim.

You should be aware that if IRS finds that the collection of this penalty is in jeopardy, we may take immediate action to collect it without regard to the 60-day period for submitting a protest mentioned above.

For further information about filing a suit you may contact the Clerk of your District Court or the Clerk of the United States Court of Federal Claims, 717 Madison Place, NW, Washington, D.C. 20005.

If we do not hear from you within 60 days from the date of this letter (or 75 days if this letter is addressed to you outside the United States), we will assess the penalty and begin collection action.

Sincerely yours,

S. Gould
Revenue Officer

Enclosures:
Form 2751
Publication 1
Envelope

**Letter 1153 (DO) (Rev. 3-2002)**
                                                     Catalog Number: 40545C

Department of the Treasury-Internal Revenue Service

**Form 2751**
(Rev. 7-2002)

## Proposed Assessment of Trust Fund Recovery Penalty

*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

### Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

LOUISE BLOUIN MEDIA INC
77 WATER ST
NEW YORK, NY 10005-4401-997

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 03/31/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $1,126,221.35 | $600,657.92 |
| 941 | 06/30/2011 | 12/20/2017 | 06/18/2018 | xx-xxx0593 | $523,460.59 | $144,795.50 |
| 941 | 09/30/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $470,733.19 | $144,795.50 |
| 941 | 12/31/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $510,049.99 | $144,795.50 |
| 941 | 03/31/2012 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $204,612.77 | $103,079.01 |
| 941 | 06/30/2012 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $23,341.04 | $10,189.24 |
| 941 | 06/30/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $982,977.33 | $491,173.12 |
| 941 | 09/30/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $1,162,334.08 | $491,173.12 |
| 941 | 12/31/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $1,155,292.32 | $491,173.12 |
| 941 | 03/31/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $731,487.75 | $337,122.85 |
| 941 | 06/30/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $792,754.28 | $337,122.85 |
| 941 | 09/30/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $781,276.63 | $337,122.85 |
| 941 | 12/31/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $769,834.51 | $337,122.85 |
| 941 | 03/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $643,928.46 | $286,603.70 |
| 941 | 06/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $634,274.37 | $286,603.70 |
| 941 | 09/30/2015 | 10/31/2015 | 03/28/2016 | xx-xxx0593 | $71,251.44 | $58,275.75 |
| 941 | 06/30/2017 | 07/31/2017 | 08/28/2017 | xx-xxx0593 | $23,118.10 | $19,719.76 |
| Totals: | | | | | $10,606,948.20 | $4,621,526.34 |

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

LOUISE T BLOUIN
xxx-xx-4154*
366376 GIN LN
S HAMPTON, NY 11968-0000-000

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

| Signature of person responsible | Date |
|---|---|
| | |

**Part 1**— Please sign and return this copy to Internal Revenue Service      Catalog No. 21955U      www.irs.gov      **Form 2751** (Rev. 7-2002)

Department of the Treasury-Internal Revenue Service

**Form 2751**
(Rev. 7-2002)

## Proposed Assessment of Trust Fund Recovery Penalty

*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

### Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

LOUISE BLOUIN MEDIA INC
77 WATER ST
NEW YORK, NY 10005-4401-997

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 03/31/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $1,126,221.35 | $600,657.92 |
| 941 | 06/30/2011 | 12/20/2017 | 06/18/2018 | xx-xxx0593 | $523,460.59 | $144,795.50 |
| 941 | 09/30/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $470,733.19 | $144,795.50 |
| 941 | 12/31/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $510,049.99 | $144,795.50 |
| 941 | 03/31/2012 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $204,612.77 | $103,079.01 |
| 941 | 06/30/2012 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $23,341.04 | $10,189.24 |
| 941 | 06/30/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $982,977.33 | $491,173.12 |
| 941 | 09/30/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $1,162,334.08 | $491,173.12 |
| 941 | 12/31/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $1,155,292.32 | $491,173.12 |
| 941 | 03/31/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $731,487.75 | $337,122.85 |
| 941 | 06/30/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $792,754.28 | $337,122.85 |
| 941 | 09/30/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $781,276.63 | $337,122.85 |
| 941 | 12/31/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $769,834.51 | $337,122.85 |
| 941 | 03/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $643,928.46 | $286,603.70 |
| 941 | 06/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $634,274.37 | $286,603.70 |
| 941 | 09/30/2015 | 10/31/2015 | 03/28/2016 | xx-xxx0593 | $71,251.44 | $58,275.75 |
| 941 | 06/30/2017 | 07/31/2017 | 08/28/2017 | xx-xxx0593 | $23,118.10 | $19,719.76 |
| Totals: | | | | | $10,606,948.20 | $4,621,526.34 |

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

LOUISE T BLOUIN
xxx-xx-4154*
366376 GIN LN
S HAMPTON, NY 11968-0000-000

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

| Signature of person responsible | Date |
|---|---|
| | |

Department of the Treasury-Internal Revenue Service

**Form 2751**
(Rev. 7-2002)

# Proposed Assessment of Trust Fund Recovery Penalty

*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

## Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

LOUISE BLOUIN MEDIA INC
77 WATER ST
NEW YORK, NY 10005-4401-997

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 03/31/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $1,126,221.35 | $600,657.92 |
| 941 | 06/30/2011 | 12/20/2017 | 06/18/2018 | xx-xxx0593 | $523,460.59 | $144,795.50 |
| 941 | 09/30/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $470,733.19 | $144,795.50 |
| 941 | 12/31/2011 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $510,049.99 | $144,795.50 |
| 941 | 03/31/2012 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $204,612.77 | $103,079.01 |
| 941 | 06/30/2012 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $23,341.04 | $10,189.24 |
| 941 | 06/30/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $982,977.33 | $491,173.12 |
| 941 | 09/30/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $1,162,334.08 | $491,173.12 |
| 941 | 12/31/2013 | 10/21/2015 | 11/09/2015 | xx-xxx0593 | $1,155,292.32 | $491,173.12 |
| 941 | 03/31/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $731,487.75 | $337,122.85 |
| 941 | 06/30/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $792,754.28 | $337,122.85 |
| 941 | 09/30/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $781,276.63 | $337,122.85 |
| 941 | 12/31/2014 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $769,834.51 | $337,122.85 |
| 941 | 03/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $643,928.46 | $286,603.70 |
| 941 | 06/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx0593 | $634,274.37 | $286,603.70 |
| 941 | 09/30/2015 | 10/31/2015 | 03/28/2016 | xx-xxx0593 | $71,251.44 | $58,275.75 |
| 941 | 06/30/2017 | 07/31/2017 | 08/28/2017 | xx-xxx0593 | $23,118.10 | $19,719.76 |
| Totals: | | | | | $10,606,948.20 | $4,621,526.34 |

## Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

LOUISE T BLOUIN
xxx-xx-4154*
366376 GIN LN
S HAMPTON, NY 11968-0000-000

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

Signature of person responsible

Date

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 14 of 33 PageID #: 36

TFRP Pay sheet    Fri Oct 19 09:28:15 2018
LOUISE BLOUIN MEDIA INC

| TC | TC-dt | TC-amt | Tax Only | Employer | Employee | IncTaxWith | TrustFundP |
|---|---|---|---|---|---|---|---|
| Form: 941 | Period: 03/31/2011 | | 764130.00 | 123165.00 | 90965.00 | 550000.00 | 640965.00 |
| 650 0 | 08/09/2011 00 | -49132.94 | 49132.94 | 49132.94 | 0.00 | 0.00 | 0.00 |
| 650 0 | 08/19/2011 00 | -57507.97 | 106640.91 | 106640.91 | 0.00 | 0.00 | 0.00 |
| 650 0 | 09/09/2011 00 | -56831.17 | 163472.08 | 123165.00 | 40307.08 | 0.00 | 40307.08 |
| 150 0 | 02/19/2018 | 764130.00 | 163472.08 | 123165.00 | 40307.08 | 0.00 | 40307.08 |
| 166 0 | 02/19/2018 00 | 171929.25 | 163472.08 | 123165.00 | 40307.08 | 0.00 | 40307.08 |
| 196 0 | 02/19/2018 | 199756.10 | 163472.08 | 123165.00 | 40307.08 | 0.00 | 40307.08 |
| 276 0 | 02/19/2018 00 | 153718.08 | 163472.08 | 123165.00 | 40307.08 | 0.00 | 40307.08 |
| 360 0 | 04/09/2018 00 | 160.00 | 163472.08 | 123165.00 | 40307.08 | 0.00 | 40307.08 |
| Period Balance | | | 600657.92 | 0.00 | 50657.92 | 550000.00 | 600657.92 |
| Balance Sub-totals | | | 600657.92 | 0.00 | 50657.92 | 550000.00 | 600657.92 |
| Form: 941 | Period: 06/30/2011 | | 267731.00 | 122935.50 | 90795.50 | 54000.00 | 144795.50 |
| 150 0 | 06/18/2018 | 267731.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 | 06/18/2018 00 | 60239.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 06/18/2018 | 26773.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 06/18/2018 | 85819.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 06/18/2018 00 | 66932.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 07/23/2018 | 13386.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 07/23/2018 | 2578.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 360 0 | 10/01/2018 00 | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Period Balance | | | 267731.00 | 122935.50 | 90795.50 | 54000.00 | 144795.50 |
| Balance Sub-totals | | | 868388.92 | 122935.50 | 141453.42 | 604000.00 | 745453.42 |
| Form: 941 | Period: 09/30/2011 | | 267731.00 | 122935.50 | 90795.50 | 54000.00 | 144795.50 |
| 150 0 | 02/19/2018 | 267731.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 | 02/19/2018 00 | 60239.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 02/19/2018 | 75829.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 02/19/2018 | 66932.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Period Balance | | | 267731.00 | 122935.50 | 90795.50 | 54000.00 | 144795.50 |
| Balance Sub-totals | | | 1136119.92 | 245871.00 | 232248.92 | 658000.00 | 890248.92 |

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 15 of 33 PageID #: 37

|  |  |  | 267731.00 | 122935.50 | 90795.50 | 54000.00 | 144795.50 |
|---|---|---|---|---|---|---|---|

**Form: 941    Period: 12/31/2011**

| Code | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| 150 0 | 02/19/2018 | 267731.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 | 02/19/2018 | 60239.47 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 02/19/2018 | 26773.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 02/19/2018 | 72791.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 02/19/2018 | 66932.75 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 03/26/2018 | 13386.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 03/26/2018 | 2036.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 360 0 | 05/21/2018 | 160.00 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Period Balance** | | | 267731.00 | 122935.50 | 90795.50 | 54000.00 | 144795.50 |
| **Balance Sub-totals** | | | 1403850.92 | 368806.50 | 323044.42 | 712000.00 | 1035044.42 |

**Form: 941    Period: 03/31/2012**

| Code | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| 650 0 | 03/21/2012 | -83350.13 00 | 83350.13 | 83350.13 | 0.00 | 0.00 | 0.00 |
| 650 0 | 04/06/2012 | -81301.86 00 | 164651.99 | 122935.50 | 41716.49 | 0.00 | 41716.49 |
| 150 0 | 02/19/2018 | 267731.00 | 164651.99 | 122935.50 | 41716.49 | 0.00 | 41716.49 |
| 166 0 | 02/19/2018 | 23192.78 00 | 164651.99 | 122935.50 | 41716.49 | 0.00 | 41716.49 |
| 196 0 | 02/19/2018 | 26891.23 | 164651.99 | 122935.50 | 41716.49 | 0.00 | 41716.49 |
| 276 0 | 02/19/2018 | 25769.75 00 | 164651.99 | 122935.50 | 41716.49 | 0.00 | 41716.49 |
| 186 0 | 06/04/2018 | 25680.00 | 164651.99 | 122935.50 | 41716.49 | 0.00 | 41716.49 |
| **Period Balance** | | | 103079.01 | 0.00 | 49079.01 | 54000.00 | 103079.01 |
| **Balance Sub-totals** | | | 1506929.93 | 368806.50 | 372123.43 | 766000.00 | 1118123.43 |

**Form: 941    Period: 06/30/2012**

| Code | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| 650 0 | 04/30/2012 | -79408.92 00 | 79408.92 | 79408.92 | 0.00 | 0.00 | 0.00 |
| 650 0 | 05/11/2012 | -93945.65 00 | 173354.57 | 122935.50 | 50419.07 | 0.00 | 50419.07 |
| 650 0 | 05/31/2012 | -84187.19 00 | 257541.76 | 122935.50 | 90795.50 | 43810.76 | 134606.26 |
| 150 0 | 02/19/2018 | 267731.00 | 257541.76 | 122935.50 | 90795.50 | 43810.76 | 134606.26 |
| 166 0 | 02/19/2018 | 2292.58 00 | 257541.76 | 122935.50 | 90795.50 | 43810.76 | 134606.26 |
| 196 0 | 02/19/2018 | 2544.43 | 257541.76 | 122935.50 | 90795.50 | 43810.76 | 134606.26 |
| 276 0 | 02/19/2018 | 2547.31 00 | 257541.76 | 122935.50 | 90795.50 | 43810.76 | 134606.26 |
| 186 0 | 06/04/2018 | 5767.48 | 257541.76 | 122935.50 | 90795.50 | 43810.76 | 134606.26 |
| **Period Balance** | | | 10189.24 | 0.00 | 0.00 | 10189.24 | 10189.24 |
| **Balance Sub-totals** | | | 1517119.17 | 368806.50 | 372123.43 | 776189.24 | 1148312.67 |

Form: 941     Period: 06/30/2013

| | | | | 650067.02 | 158893.90 | 158893.91 | 332279.21 | 491173.12 |
|---|---|---|---|---|---|---|---|---|
| 650 | 0 | 04/19/2013 | -103734.62 00 | 103734.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 | 0 | 05/28/2018 | 122924.79 00 | 103734.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 180 | 0 | 05/28/2018 | 54633.24 00 | 103734.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 05/28/2018 | 122343.80 | 103734.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 05/28/2018 | 136583.10 00 | 103734.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 290 | 0 | 05/28/2018 | 650067.02 | 103734.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 360 | 0 | 07/16/2018 | 160.00 00 | 103734.62 | 0.00 | 0.00 | 0.00 | 0.00 |

Period Balance           546332.40    55159.28   158893.91   332279.21   491173.12
Balance Sub-totals      2063451.57   423965.78   531017.34  1108468.45  1639485.79

Form: 941     Period: 09/30/2013

| | | | | 650067.02 | 158893.90 | 158893.91 | 332279.21 | 491173.12 |
|---|---|---|---|---|---|---|---|---|
| 166 | 0 | 05/28/2018 | 146265.08 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 180 | 0 | 05/28/2018 | 65006.70 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 05/28/2018 | 138478.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 05/28/2018 | 162516.75 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 290 | 0 | 05/28/2018 | 650067.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Period Balance           650067.02   158893.90   158893.91   332279.21   491173.12
Balance Sub-totals      2713518.59   582859.68   689911.25  1440747.66  2130658.91

Form: 941     Period: 12/31/2013

| | | | | 650067.02 | 158893.90 | 158893.91 | 332279.21 | 491173.12 |
|---|---|---|---|---|---|---|---|---|
| 166 | 0 | 05/28/2018 | 146265.08 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 180 | 0 | 05/28/2018 | 65006.70 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 05/28/2018 | 131436.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 05/28/2018 | 162516.75 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 290 | 0 | 05/28/2018 | 650067.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Period Balance           650067.02   158893.90   158893.91   332279.21   491173.12
Balance Sub-totals      3363585.61   741753.58   848805.16  1773026.87  2621832.03

Form: 941     Period: 03/31/2014

| | | | | 448922.70 | 111799.85 | 111799.85 | 225323.00 | 337122.85 |
|---|---|---|---|---|---|---|---|---|
| 150 | 0 | 02/19/2018 | 448922.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 | 0 | 02/19/2018 | 101007.61 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 02/19/2018 | 78305.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| TC | | Date | Amount | | | | |
|----|---|------|--------|------|------|------|------|
| 276 | 0 | 02/19/2018 | 103252.22 00 | 0.00 | 0.00 | 0.00 | 0.00 |

Period Balance

| Balance Sub-totals | 448922.70 | 111799.85 | 225323.00 | 337122.85 | |
|---|---|---|---|---|---|
| | 3812508.31 | 853553.43 | 960605.01 | 1998349.87 | 2958954.88 |

Form: 941   Period: 06/30/2014   448922.70   111799.85   225323.00   337122.85

| TC | | Date | Amount | | | | |
|----|---|------|--------|------|------|------|------|
| 150 | 0 | 02/19/2018 | 448922.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 | 0 | 02/19/2018 | 101007.61 00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 | 0 | 02/19/2018 | 44892.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 02/19/2018 | 73572.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 02/19/2018 | 96518.38 00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 | 0 | 03/26/2018 | 22446.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 03/26/2018 | 3149.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 03/26/2018 | 2244.61 00 | 0.00 | 0.00 | 0.00 | 0.00 |

Period Balance

| Balance Sub-totals | 448922.70 | 111799.85 | 225323.00 | 337122.85 | |
|---|---|---|---|---|---|
| | 4261431.01 | 965353.28 | 1072404.86 | 2223672.87 | 3296077.73 |

Form: 941   Period: 09/30/2014   448922.70   111799.85   225323.00   337122.85

| TC | | Date | Amount | | | | |
|----|---|------|--------|------|------|------|------|
| 150 | 0 | 02/19/2018 | 448922.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 | 0 | 02/19/2018 | 101007.61 00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 | 0 | 02/19/2018 | 44892.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 02/19/2018 | 68876.11 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 02/19/2018 | 89784.54 00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 | 0 | 03/26/2018 | 22446.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 03/26/2018 | 3102.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 03/26/2018 | 2244.61 00 | 0.00 | 0.00 | 0.00 | 0.00 |

Period Balance

| Balance Sub-totals | 448922.70 | 111799.85 | 225323.00 | 337122.85 | |
|---|---|---|---|---|---|
| | 4710353.71 | 1077153.13 | 1184204.71 | 2448995.87 | 3633200.58 |

Form: 941   Period: 12/31/2014   448922.70   111799.85   225323.00   337122.85

| TC | | Date | Amount | | | | |
|----|---|------|--------|------|------|------|------|
| 150 | 0 | 02/19/2018 | 448922.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 | 0 | 02/19/2018 | 101007.61 00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 | 0 | 02/19/2018 | 44892.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 | 0 | 02/19/2018 | 64214.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 | 0 | 02/19/2018 | 83050.70 00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 | 0 | 03/26/2018 | 22446.13 | 0.00 | 0.00 | 0.00 | 0.00 |

```
196  0  03/26/2018   3055.77           0.00        0.00        0.00        0.00        0.00
276  0  03/26/2018   2244.61 00        0.00        0.00        0.00        0.00        0.00
                                   ==========  ==========  ==========  ==========  ==========
Period Balance                      448922.70  111799.85        0.00   225323.00   337122.85
Balance Sub-totals                 5159276.41 1188952.98  1296004.56  2674318.87  3970323.43
                                   ==========  ==========  ==========  ==========  ==========

Form: 941    Period: 03/31/2015   381073.39    94469.69    94469.70   192134.00   286603.70

150  0  02/19/2018   381073.39         0.00        0.00        0.00        0.00        0.00
166  0  02/19/2018    85741.51 00      0.00        0.00        0.00        0.00        0.00
186  0  02/19/2018    38107.32         0.00        0.00        0.00        0.00        0.00
196  0  02/19/2018    50709.99         0.00        0.00        0.00        0.00        0.00
276  0  02/19/2018    64782.48 00      0.00        0.00        0.00        0.00        0.00
186  0  03/26/2018    19053.67         0.00        0.00        0.00        0.00        0.00
196  0  03/26/2018     2554.74         0.00        0.00        0.00        0.00        0.00
276  0  03/26/2018     1905.36 00      0.00        0.00        0.00        0.00        0.00
                                   ----------  ----------  ----------  ----------  ----------
Period Balance                      381073.39    94469.69    94469.70   192134.00   286603.70
Balance Sub-totals                 5540349.80  1283422.67  1390474.26  2866452.87  4256927.13
                                   ==========  ==========  ==========  ==========  ==========

Form: 941    Period: 06/30/2015   381073.39    94469.69    94469.70   192134.00   286603.70

150  0  02/19/2018   381073.39         0.00        0.00        0.00        0.00        0.00
166  0  02/19/2018    85741.51 00      0.00        0.00        0.00        0.00        0.00
186  0  02/19/2018    38107.32         0.00        0.00        0.00        0.00        0.00
196  0  02/19/2018    46811.59         0.00        0.00        0.00        0.00        0.00
276  0  02/19/2018    59066.38 00      0.00        0.00        0.00        0.00        0.00
186  0  03/26/2018    19053.67         0.00        0.00        0.00        0.00        0.00
196  0  03/26/2018     2515.15         0.00        0.00        0.00        0.00        0.00
276  0  03/26/2018     1905.36 00      0.00        0.00        0.00        0.00        0.00
                                   ----------  ----------  ----------  ----------  ----------
Period Balance                      381073.39    94469.69    94469.70   192134.00   286603.70
Balance Sub-totals                 5921423.19  1377892.36  1484943.96  3058586.87  4543530.83
                                   ==========  ==========  ==========  ==========  ==========

Form: 941    Period: 09/30/2015   341447.30    81014.22    81014.22   179418.86   260433.08

650  0  08/05/2015   -61233.83 00  61233.83        0.00        0.00        0.00        0.00
650  0  08/19/2015   -56042.14 00  81014.22    36261.75        0.00    36261.75
650  0  09/04/2015   -56279.56 00 173555.53    81014.22    81014.22    11527.09    92541.31
650  0  09/16/2015   -53939.40 00 227494.93    81014.22    81014.22    65466.49   146480.71
650  0  10/07/2015   -55676.62 00 283171.55    81014.22    81014.22   121143.11   202157.33
```

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 19 of 33 PageID #: 41

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 150 | 0 | 03/28/2016 | 341447.30 | 283171.55 | 81014.22 | 81014.22 | 121143.11 | 202157.33 |
| 186 | 0 | 03/28/2016 | 7052.25 | 283171.55 | 81014.22 | 81014.22 | 121143.11 | 202157.33 |
| 196 | 0 | 03/28/2016 | 716.87 | 283171.55 | 81014.22 | 81014.22 | 121143.11 | 202157.33 |
| 276 | 0 | 03/28/2016 | 1456.89 00 | 283171.55 | 81014.22 | 81014.22 | 121143.11 | 202157.33 |
| 186 | 0 | 05/02/2016 | 2913.79 | 283171.55 | 81014.22 | 81014.22 | 121143.11 | 202157.33 |
| 196 | 0 | 05/02/2016 | 253.13 | 283171.55 | 81014.22 | 81014.22 | 121143.11 | 202157.33 |
| 276 | 0 | 05/02/2016 | 582.76 00 | 283171.55 | 81014.22 | 81014.22 | 121143.11 | 202157.33 |

| Period Balance | | | 58275.75 | 0.00 | 0.00 | 58275.75 | 58275.75 |
| Balance Sub-totals | | | 5979698.94 | 1377892.36 | 1484943.96 | 3116862.62 | 4601806.58 |

Form: 941   Period: 06/30/2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 650 | 0 | 06/30/2017 | -17045.27 00 | 36765.03 | 9539.41 | 9539.41 | 17686.21 | 27225.62 |
| 150 | 0 | 08/28/2017 | 36765.03 | 17045.27 | 7505.86 | 7505.86 | 0.00 | 7505.86 |
| 186 | 0 | 08/28/2017 | 1971.98 | 17045.27 | 7505.86 | 7505.86 | 0.00 | 7505.86 |
| 196 | 0 | 08/28/2017 | 60.60 | 17045.27 | 7505.86 | 7505.86 | 0.00 | 7505.86 |
| 276 | 0 | 08/28/2017 | 98.60 00 | 17045.27 | 7505.86 | 7505.86 | 0.00 | 7505.86 |
| 186 | 0 | 10/02/2017 | 985.99 | 17045.27 | 7505.86 | 7505.86 | 0.00 | 7505.86 |
| 196 | 0 | 10/02/2017 | 83.97 | 17045.27 | 7505.86 | 7505.86 | 0.00 | 7505.86 |
| 276 | 0 | 10/02/2017 | 197.20 00 | 17045.27 | 7505.86 | 7505.86 | 0.00 | 7505.86 |

| Period Balance | | | 19719.76 | 0.00 | 2033.55 | 17686.21 | 19719.76 |
| Balance Sub-totals | | | 5999418.70 | 1377892.36 | 1486977.51 | 3134548.83 | 4621526.34 |

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 20 of 33 PageID #: 42

**INTERNAL REVENUE SERVICE**



## FAX TRANSMISSION
## Cover Sheet

Date: __July 30, 2021__

# To: __Thomas Ostrander__

Address/Organization: _____

Fax Number: __(215) 689-3639_____ Office Number: _____

# From: __Gould Spencer__

Address/Organization: _____

Fax Number: __(855) 877-5702_____ Office Number: _____

Number of pages: | 12 |    *Including cover page*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Subject:** Art Now Inc.

Mr Ostrander,

The attached are copies of the Trust Fund Recovery documents mailed to Ms. Blouin explaining the assessment for Art Now Inc.

S. Gould
Revenue Officer
Manhattan Area Office NY

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.

**Internal Revenue Service**                        **Department of the Treasury**

**Date:**

|                                    | **Number of this Letter:** |
|                                    | 1153 |

LOUISE T BLOUIN
366376 GIN LN
S HAMPTON, NY 11968-0000-000

**Person to Contact:**
S. Gould

**Employee Number:**
1000281200

**IRS Contact Address:**
INTERNAL REVENUE SERVICE
290 BROADWAY 14TH FLOOR COLL GR-43
NEW YORK, NY 10007

**IRS Telephone Number:**
(347) 213-7424 Ext

**Employer Identification Number:**
xx-xxx6300

**Business Name and Address:**
ART NOW INC
% LOUISE BLOUIN MEDIA
77 WATER ST
NEW YORK, NY 10005-4401-997

Dear  MS LOUISE T BLOUIN,

Our efforts to collect the federal employment or excise taxes due from the business named above have not resulted in full payment of the liability. We therefore propose to assess a penalty against you as a person required to collect, account for, and pay over withheld taxes for the above business.

Under the provisions of Internal Revenue Code section 6672, individuals who were required to collect, account for, and pay over these taxes for the business may be personally liable for a penalty if the business doesn't pay the taxes. These taxes, described in the enclosed Form 2751, consist of employment taxes you withheld (or should have withheld) from the employees' wages (and didn't pay) or excise taxes you collected (or should have collected) from patrons (and didn't pay), and are commonly referred to as "trust fund taxes."

The penalty we propose to assess against you is a personal liability called the Trust Fund Recovery Penalty. It is equal to the unpaid trust fund taxes which the business still owes the government. If you agree with this penalty for each tax period shown, please sign Part 1 of the enclosed Form 2751 and return it to us in the enclosed envelope.

If you don't agree, have additional information to support your case, and wish to try to resolve the matter informally, contact the person named at the top of this letter within ten days from the date of this letter.

You also have the right to appeal or protest this action. To preserve your appeal rights you need to mail us your written appeal within 60 days from the date of this letter (75 days if this letter is addressed to you outside the United States). The instructions below explain how to make the request.

**Letter 1153 (DO) (Rev. 3-2002)**
                                                   Catalog Number: 40545C

## APPEALS

You may appeal your case to the local Appeals Office. Send your written appeal to the attention of the Person to Contact at the address shown at the top of this letter. The dollar amount of the proposed liability for each specific tax period you are protesting affects the form your appeal should take.

| For each period you are protesting, if the proposed penalty amount is: | You should: |
|---|---|
| $25,000 or less | Send a letter listing the issues you disagree with and explain why you disagree. (Small Case Request). |
| More than $25,000 | Submit a formal Written Protest. |

One protest will suffice for all the periods listed on the enclosed Form 2751, however if any one of those periods is more than $25,000, a formal protest must be filed. Include any additional information that you want the Settlement Officer/Appeals Officer to consider. You may still appeal without additional information, but including it at this stage will help us to process your request promptly.

**A SMALL CASE REQUEST** should include:

1. A copy of this letter, or your name, address, social security number, and any information that will help us locate your file;

2. A statement that you want an Appeal's conference;

3. A list of the issues you disagree with and an explanation of why you disagree. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and or/ any computation errors that you believe we made.

Please submit two copies of your Small Case Request.

A formal **WRITTEN PROTEST** should include the items below. Pay particular attention to item 6 and the note that follows it.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

1. Your name, address, and social security number;

2 A statement that you want a conference;

3. A copy of this letter, or the date and number of this letter;

4. The tax periods involved (see Form 2751);

5. A list of the findings you disagree with;

6. A statement of fact, signed under penalties of perjury, that explains why you disagree and why you believe you shouldn't be charged with the penalty. Include specific dates, names, amounts, and locations which support your position. Usually, penalty cases like this one involve issues of responsibility and willfulness. Willfulness means that an action was intentional, deliberate or voluntary and not an accident or mistake. Therefore, your statement should include a clear explanation of your duties and responsibilities; and specifically, your duty and authority to collect, account for, and pay the trust fund taxes. Should you disagree with how we calculated the penalty, your statement should identify the dates and amounts of payments that you believe we didn't consider and/or any computation errors you believe we made;

  **NOTE:**

  To declare that the statement in item 6 is true under penalties of perjury, you must add the following to your statement and sign it:

  "Under penalties of perjury, I declare that I have examined the facts presented in this statement and any accompanying information, and, to the best of my knowledge and belief, they are true, correct, and complete."

7. If you rely on a law or other authority to support your arguments, explain what it is and how it applies.

## REPRESENTATION

You may represent yourself at your conference or have someone who is qualified to practice before the Internal Revenue Service represent you. This may be your attorney, a certified public accountant, or another individual enrolled to practice before the IRS. If your representative attends a conference without you, he or she must file a power of attorney or tax information authorization before receiving or inspecting confidential tax information. Form 2848, Power of Attorney and Declaration of Representative, or Form 8821, Tax Information Authorization, may be used for this purpose. Both forms are available from any IRS office. A properly written power of attorney or authorization is acceptable.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 24 of 33 PageID #: 46

If your representative prepares and signs the protest for you, he or she must substitute a declaration stating:

    1. That he or she submitted the protest and accompanying documents, and

    2. Whether he or she knows personally that the facts stated in the protest and accompanying documents are true and correct.

## CLAIMS FOR REFUND AND CONSIDERATION BY THE COURTS

### CONSIDERATION BY THE COURTS

If you and the IRS still disagree after your conference, we will send you a bill. However, by following the procedures outlined below, you may take your case to the United States Court of Federal Claims or to your United States District Court. These courts have no connection with the IRS.

Before you can file a claim with these courts, you must pay a portion of the tax liability and file a claim for refund with the IRS, as described below.

### SPECIAL BOND TO DELAY IRS COLLECTION ACTIONS FOR ANY PERIOD AS SOON AS A CLAIM FOR REFUND IS FILED

To request a delay in collection of the penalty by the IRS for any period as soon as you file a claim for refund for that period, you must do the following within 30 days of the date of the official notice of assessment and demand (the first bill) for that period:

    1. Pay the tax for one employee for each period (quarter) of liability that you wish to contest, if we've based the amount of the penalty on unpaid employment taxes; or pay the tax for one transaction for each period that you wish to contest, if we've based the amount of the penalty on unpaid excise tax.

    2. File a claim for a refund of the amount(s) you paid using Form(s) 843, Claim for Refund and Request for Abatement.

    3. Post a bond with the IRS for one and one half times the amount of the penalty that is left after you have made the payment in Item 1.

If the IRS denies your claim when you have posted this bond, you then have 30 days to file suit in your United States District Court or the United States Court of Federal Claims before the IRS may apply the bond to your trust fund recovery penalty and the interest accruing on this debt.

**Letter 1153 (DO) (Rev. 3-2002)**
Catalog Number: 40545C

**CLAIM FOR REFUND WITH NO SPECIAL BOND**

If you do not file a special bond with a prompt claim for refund, as described above, you may still file a claim for refund following above action items 1 and 2, except these action items do not have to be taken in the first 30 days after the date of the official notice of assessment and demand for the period.

If IRS has not acted on your claim within 6 months from the date you filed it, you can file a suit for refund. You can also file a suit for refund within 2 years after IRS has disallowed your claim.

You should be aware that if IRS finds that the collection of this penalty is in jeopardy, we may take immediate action to collect it without regard to the 60-day period for submitting a protest mentioned above.

For further information about filing a suit you may contact the Clerk of your District Court or the Clerk of the United States Court of Federal Claims, 717 Madison Place, NW, Washington, D.C. 20005.

If we do not hear from you within 60 days from the date of this letter (or 75 days if this letter is addressed to you outside the United States), we will assess the penalty and begin collection action.


Sincerely yours,



S. Gould
Revenue Officer




Enclosures:
Form 2751
Publication 1
Envelope

**Letter 1153 (DO) (Rev. 3-2002)**
                                                  Catalog Number: 40545C

Department of the Treasury-Internal Revenue Service

**Form 2751**
(Rev. 7-2002)

# Proposed Assessment of Trust Fund Recovery Penalty
*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

## Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

ART NOW INC
% LOUISE BLOUIN MEDIA
77 WATER ST
NEW YORK, NY 10005-4401-997

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 12/31/2010 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $12,734.58 | $4,734.18 |
| 941 | 03/31/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,939.81 | $7,279.18 |
| 941 | 06/30/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,795.53 | $7,279.18 |
| 941 | 09/30/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,664.68 | $7,279.18 |
| 941 | 03/31/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,962.80 | $8,112.95 |
| 941 | 06/30/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,679.66 | $8,112.95 |
| 941 | 09/30/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,058.63 | $8,112.95 |
| 941 | 12/31/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,058.63 | $8,112.95 |
| 941 | 06/30/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,868.53 | $7,876.43 |
| 941 | 09/30/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,600.29 | $7,876.43 |
| 941 | 12/31/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,332.97 | $7,876.43 |
| 941 | 03/31/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,754.93 | $5,614.96 |
| 941 | 06/30/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,560.66 | $5,614.96 |
| 941 | 09/30/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,366.97 | $5,614.96 |
| 941 | 12/31/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,173.84 | $5,614.96 |
| 941 | 03/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $13,517.07 | $6,596.06 |
| 941 | 06/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,545.22 | $6,596.06 |
| 941 | 09/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,324.51 | $6,596.06 |
| 941 | 12/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,104.56 | $6,596.06 |
| 941 | 03/31/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $12,218.88 | $5,558.10 |
| 941 | 06/30/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $12,001.21 | $5,558.10 |
| 941 | 09/30/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $11,784.58 | $5,558.10 |
| 941 | 12/31/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $11,568.86 | $5,558.10 |
| Totals: | | | | | $339,617.40 | $153,729.29 |

## Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

LOUISE T BLOUIN
xxx-xx-4154*
366376 GIN LN
S HAMPTON, NY 11968-0000-000

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

Signature of person responsible                     Date

**Part 1**— Please sign and return this copy to Internal Revenue Service      Catalog No. 21955U      www.irs.gov      Form **2751** (Rev. 7-2002)

Department of the Treasury-Internal Revenue Service

**Form 2751**
(Rev. 7-2002)

## Proposed Assessment of Trust Fund Recovery Penalty
*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

### Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

ART NOW INC
% LOUISE BLOUIN MEDIA
77 WATER ST
NEW YORK, NY 10005-4401-997

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 12/31/2010 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $12,734.58 | $4,734.18 |
| 941 | 03/31/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,939.81 | $7,279.18 |
| 941 | 06/30/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,795.53 | $7,279.18 |
| 941 | 09/30/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,664.68 | $7,279.18 |
| 941 | 03/31/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,962.80 | $8,112.95 |
| 941 | 06/30/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,679.66 | $8,112.95 |
| 941 | 09/30/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,058.63 | $8,112.95 |
| 941 | 12/31/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,058.63 | $8,112.95 |
| 941 | 06/30/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,868.53 | $7,876.43 |
| 941 | 09/30/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,600.29 | $7,876.43 |
| 941 | 12/31/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,332.97 | $7,876.43 |
| 941 | 03/31/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,754.93 | $5,614.96 |
| 941 | 06/30/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,560.66 | $5,614.96 |
| 941 | 09/30/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,366.97 | $5,614.96 |
| 941 | 12/31/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,173.84 | $5,614.96 |
| 941 | 03/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $13,517.07 | $6,596.06 |
| 941 | 06/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,545.22 | $6,596.06 |
| 941 | 09/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,324.51 | $6,596.06 |
| 941 | 12/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,104.56 | $6,596.06 |
| 941 | 03/31/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $12,218.88 | $5,558.10 |
| 941 | 06/30/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $12,001.21 | $5,558.10 |
| 941 | 09/30/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $11,784.58 | $5,558.10 |
| 941 | 12/31/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $11,568.86 | $5,558.10 |
| Totals: | | | | | $339,617.40 | $153,729.29 |

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

LOUISE T BLOUIN
xxx-xx-4154*
366376 GIN LN
S HAMPTON, NY 11968-0000-000

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

| Signature of person responsible | Date |
|---|---|
| | |

**Part 2**— Please keep this copy for your records      Catalog No. 21955U      www.irs.gov      Form **2751** (Rev. 7-2002)

Department of the Treasury-Internal Revenue Service

Form **2751**
(Rev. 7-2002)

## Proposed Assessment of Trust Fund Recovery Penalty

*(Sec. 6672, Internal Revenue Code, or corresponding provisions of prior internal revenue laws)*

### Report of Business Taxpayer's Unpaid Tax Liability

Name and address of business

ART NOW INC
% LOUISE BLOUIN MEDIA
77 WATER ST
NEW YORK, NY 10005-4401-997

| Tax Return Form Number | Tax Period Ended | Date Return Filed | Date Tax Assessed | Identifying Number | Amount Outstanding | Penalty |
|---|---|---|---|---|---|---|
| 941 | 12/31/2010 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $12,734.58 | $4,734.18 |
| 941 | 03/31/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,939.81 | $7,279.18 |
| 941 | 06/30/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,795.53 | $7,279.18 |
| 941 | 09/30/2011 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $17,664.68 | $7,279.18 |
| 941 | 03/31/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,962.80 | $8,112.95 |
| 941 | 06/30/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,679.66 | $8,112.95 |
| 941 | 09/30/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,058.63 | $8,112.95 |
| 941 | 12/31/2012 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $18,058.63 | $8,112.95 |
| 941 | 06/30/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,868.53 | $7,876.43 |
| 941 | 09/30/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,600.29 | $7,876.43 |
| 941 | 12/31/2013 | 08/25/2015 | 09/14/2015 | xx-xxx6300 | $16,332.97 | $7,876.43 |
| 941 | 03/31/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,754.93 | $5,614.96 |
| 941 | 06/30/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,560.66 | $5,614.96 |
| 941 | 09/30/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,366.97 | $5,614.96 |
| 941 | 12/31/2014 | 10/19/2015 | 11/09/2015 | xx-xxx6300 | $11,173.84 | $5,614.96 |
| 941 | 03/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $13,517.07 | $6,596.06 |
| 941 | 06/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,545.22 | $6,596.06 |
| 941 | 09/30/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,324.51 | $6,596.06 |
| 941 | 12/31/2015 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $14,104.56 | $6,596.06 |
| 941 | 03/31/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $12,218.88 | $5,558.10 |
| 941 | 06/30/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $12,001.21 | $5,558.10 |
| 941 | 09/30/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $11,784.58 | $5,558.10 |
| 941 | 12/31/2016 | 12/20/2017 | 02/19/2018 | xx-xxx6300 | $11,568.86 | $5,558.10 |
| Totals: | | | | | $339,617.40 | $153,729.29 |

### Agreement to Assessment and Collection of Trust Fund Recovery Penalty

Name, address, and social security number of person responsible

LOUISE T BLOUIN
xxx-xx-4154*
366376 GIN LN
S HAMPTON, NY 11968-0000-000

I consent to the assessment and collection of the penalty shown for each period, which is equal either to the amount of federal employment taxes withheld from employees' wages or to the amount of federal excise taxes collected from patrons or members, and which was not paid over to the Government by the business named above. I waive the 60 day restriction on notice and demand set forth in Internal Revenue Code Section 6672(b).

Signature of person responsible                                                            Date

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 29 of 33 PageID #: 51

```
          TFRP Pay sheet
          ART NOW INC                Thu Nov  8 13:28:17 2018
```

| TC | TC-dt | TC-amt | | Tax Only | Employer | Employee | IncTaxWith | TrustFundP |
|----|-------|--------|---|----------|----------|----------|------------|------------|
| **Form: 941** | **Period: 03/31/2015** | | | | | | | |
| 150 0 | 02/19/2018 | 8741.12 | | 8741.12 | 2145.06 | 2145.06 | 4451.00 | 6596.06 |
| 166 0 | 02/19/2018 | 1966.75 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 02/19/2018 | 1163.21 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 02/19/2018 | 1485.99 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 360 0 | 05/14/2018 | 160.00 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Period Balance** | | | | 8741.12 | 2145.06 | 2145.06 | 4451.00 | 6596.06 |
| **Balance Sub-totals** | | | | 8741.12 | 2145.06 | 2145.06 | 4451.00 | 6596.06 |
| **Form: 941** | **Period: 06/30/2015** | | | | | | | |
| 150 0 | 02/19/2018 | 8741.12 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 | 02/19/2018 | 1966.75 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 02/19/2018 | 874.11 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 02/19/2018 | 1073.76 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 02/19/2018 | 1354.87 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 03/26/2018 | 437.06 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 03/26/2018 | 53.84 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 03/26/2018 | 43.71 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Period Balance** | | | | 8741.12 | 2145.06 | 2145.06 | 4451.00 | 6596.06 |
| **Balance Sub-totals** | | | | 17482.24 | 4290.12 | 4290.12 | 8902.00 | 13192.12 |
| **Form: 941** | **Period: 09/30/2015** | | | | | | | |
| 150 0 | 02/19/2018 | 8741.12 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 | 02/19/2018 | 1966.75 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 02/19/2018 | 874.11 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 02/19/2018 | 985.02 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 02/19/2018 | 1223.76 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 | 03/26/2018 | 437.06 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 | 03/26/2018 | 52.99 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 | 03/26/2018 | 43.70 | 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Period Balance** | | | | 8741.12 | 2145.06 | 2145.06 | 4451.00 | 6596.06 |
| **Balance Sub-totals** | | | | 26223.36 | 6435.18 | 6435.18 | 13353.00 | 19788.18 |

Case 2:22-cv-07190-LDH-AYS   Document 1-2   Filed 11/28/22   Page 30 of 33 PageID #: 52

| Form: 941   Period: 12/31/2015 | 8741.12 | 2145.06 | 2145.06 | 4451.00 | 2145.06 | 6596.06 |
|---|---|---|---|---|---|---|
| 150 0 02/19/2018 8741.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 02/19/2018 1966.75 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 02/19/2018 874.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 02/19/2018 897.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 02/19/2018 1092.64 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 03/26/2018 437.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 03/26/2018 52.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 03/26/2018 43.71 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Period Balance | 8741.12 | 2145.06 | 2145.06 | 4451.00 | 2145.06 | 6596.06 |
| Balance Sub-totals | 34964.48 | 8580.24 | 8580.24 | 17804.00 | 8580.24 | 26384.24 |

| Form: 941   Period: 03/31/2016 | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 2138.10 | 5558.10 |
|---|---|---|---|---|---|---|
| 150 0 02/19/2018 7696.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 02/19/2018 1731.64 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 02/19/2018 769.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 02/19/2018 706.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 02/19/2018 846.58 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 03/26/2018 384.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 03/26/2018 45.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 03/26/2018 38.48 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Period Balance | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 2138.10 | 5558.10 |
| Balance Sub-totals | 42660.68 | 10718.34 | 10718.34 | 21224.00 | 10718.34 | 31942.34 |

| Form: 941   Period: 06/30/2016 | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 2138.10 | 5558.10 |
|---|---|---|---|---|---|---|
| 150 0 02/19/2018 7696.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166 0 02/19/2018 1731.64 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 02/19/2018 769.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 02/19/2018 605.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 02/19/2018 731.14 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186 0 03/26/2018 384.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196 0 03/26/2018 44.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276 0 03/26/2018 38.48 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Period Balance | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 2138.10 | 5558.10 |

Balance Sub-totals

| | 50356.88 | 12856.44 | 12856.44 | 24644.00 | 37500.44 |
|---|---|---|---|---|---|

| Form: 941   Period: 09/30/2016 | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 5558.10 |
|---|---|---|---|---|---|
| 150  0  02/19/2018    7696.20     | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166  0  02/19/2018    1731.64  00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186  0  02/19/2018    769.62      | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196  0  02/19/2018    504.64      | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276  0  02/19/2018    615.70  00  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186  0  03/26/2018    384.81      | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196  0  03/26/2018    43.49       | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276  0  03/26/2018    38.48  00   | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Period Balance | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 5558.10 |
| Balance Sub-totals | 58053.08 | 14994.54 | 14994.54 | 28064.00 | 43058.54 |

| Form: 941   Period: 12/31/2016 | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 5558.10 |
|---|---|---|---|---|---|
| 150  0  02/19/2018    7696.20     | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 166  0  02/19/2018    1731.64  00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186  0  02/19/2018    769.62      | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196  0  02/19/2018    405.19      | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276  0  02/19/2018    500.25  00  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 186  0  03/26/2018    384.81      | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 196  0  03/26/2018    42.67       | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 276  0  03/26/2018    38.48  00   | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Period Balance | 7696.20 | 2138.10 | 2138.10 | 3420.00 | 5558.10 |
| Balance Sub-totals | 65749.28 | 17132.64 | 17132.64 | 31484.00 | 48616.64 |

# EXHIBIT B



| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | THOMAS W. OSTRANDER | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1802 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 3639 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* Ostrander@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | | MYANMAR |
| DALLAS | *www.duanemorris.com* | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

August 5, 2021

**VIA FACSIMILE 855-877-5702**

Mr. Spencer Gould
Revenue Officer
Internal Revenue Service
290 Broadway, 14th Floor, COLL GR-43
New York, NY  10007

   **Re: Louise Blouin Media; Art Now Inc.; xx-xxx6300**

Dear Mr. Gould:

   Thank you for the faxes received on Friday, July 30, 2021 regarding Art Now Inc. and Louise Blouin Media.

   The material you provided is not dated so there is no way to tell if this material was recently mailed or was mailed some time ago, or for that matter whether it was mailed at all. Further there is no explanation regarding the reason why the TFRP has been asserted against Ms. Blouin making the filing of a protest impossible.  Please fill in these blanks.

     Sincerely,


     */s/ Thomas W. Ostrander*


TWO/cpw


DUANE MORRIS LLP

30 SOUTH 17TH STREET PHILADELPHIA, PA 19103-4196    PHONE: +1 215 979 1000 FAX: +1 215 979 1020
DM3\7942190.1