

| NEW YORK | | HANOI |
| --- | --- | --- |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | BRETT L. MESSINGER | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1508 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 215 689 4903 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* BLMessinger@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

September 11, 2023

**VIA ECF**

Clerk
U.S. District Court - Eastern District of
New York
225 Cadman Plaza E
Brooklyn, NY 11201

      Re:    <u>**Aberdeen Enterprises, Inc. v. United States of America, et al.,
No. 2:22-cv-07190-LDH-AYS**</u>

Dear Sir/Madam:

      Attached is the proposed order in connection with the filing of the Motion WITH Points of Authorities of Duane Morris LLP & Brett Messinger to Withdraw as Counsel for Aberdeen Enterprises, Inc. and Louise Blouin filed on Friday, September 8, 2023 and docketed at ECF No. 23.

                                                   Very truly yours,

                                                   Brett L. Messinger

BLM:ecm
Attachment

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196        PHONE: +1 215 979 1000    FAX: +1 215 979 1020